DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
JOSE MURILLO-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-12-415-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR SUBSTITUTION OF** |
| V. | ) | **ATTORNEY** |
| | ) | |
| JOSE MURILLO-CAMACHO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is respectfully requested that Assistant Federal Defender, COURTNEY FEIN and the Office of the Federal Defender, be relieved as attorney of record in the above captioned case and that, CLEMENTE JIMÉNEZ, Attorney at Law, 428 J Street, Suite 355, Sacramento, California 95814; telephone number (916) 443-8055, be appointed as counsel.  This request is made in writing in advance of the next court appearance due to the proposed plea agreement's expiration date of December 26, 2012.

1  DATED: December 18, 2012      Respectfully Submitted,

2

3                                 DANIEL J. BRODERICK
                                  Federal Defender
4
                                  Respectfully submitted,
5

6                                 /s/   Courtney Fein
                                  _____
7                                 COURTNEY FEIN
                                  Assistant Federal Defender
8

9  DATED:  December 18, 2012

10                                Courtney Fein for
                                  _____
                                  CLEMENTE M. JIMÉNEZ
11                                Attorney at Law

12
                                   O R D E R
13
          IT IS SO ORDERED.
14
   DATED: December 19, 2012
15

16
                                  [signature: Lawrence K. Karlton]
17
                                  _____
18                                HON. LAWRENCE K. KARLTON
                                  United States District Court Judge
19

20

21

22

23

24

25

26

27

28

Substitution of Counsel            -2-