UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO MURILLO-CAMACHO,<br>    aka Jose Murillo-Camacho,<br>    aka Antonio Camacho,<br>    aka Antonio Murillo,<br>    aka Antonio Murillo Camacho,<br>    aka Antonio Jose Murillo,<br><br>        Defendant.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONIO JOSE MURILLO,<br><br>        Defendant.<br>_____/ | CR. NO. S-12-415 LKK<br><br><br><br><br><br><br><br><br><br><br><br>CR. NO. S-05-165 GEB<br><br><u>RELATED CASE ORDER</u> |

    Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same

1  judge is likely to effect a substantial savings of judicial effort
2  and is also likely to be convenient for the parties.
3      The parties should be aware that relating the cases under
4  Local Rule 123 merely has the result that the actions are assigned
5  to the same judge; no consolidation of the actions is effected.
6  Under the regular practice of this court, related cases are
7  generally assigned to the judge to whom the first filed action was
8  assigned.
9      IT IS THEREFORE ORDERED that the action denominated CR. NO.
10 S-05-165 GEB be, and the same hereby is, reassigned to Judge
11 Lawrence K. Karlton for all further proceedings.  Henceforth the
12 caption on all documents filed in the reassigned case shall be
13 shown as CR. NO. S-05-165 LKK.
14     IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17     DATED: December 19, 2012.

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```