CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE ANTONIO MURILLO-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE ANTONIO MURILLO-CAMACHO,<br><br>　　　　Defendant. | Case No.: 12-415 LKK<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　January 8, 2013<br>TIME:　 9:15 a.m.<br>JUDGE:  Hon. Lawrence K. Karlton |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nirav Desai, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE ANTONIO MURILLO-CAMACHO, that the status conference scheduled for January 8, 2013, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar on January 15, 2013, at 9:15 a.m. for further status conference and anticipated change of plea.

　　　　Defense counsel recently substituted in as counsel of record, and required time to become familiar with the case. The government has extended a fast track offer which defense counsel requires further time to discuss with Mr. Murillo-Camacho.

　　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.

3

4  DATED:        January 4, 2013            /S/     Nirav Desai_____
                                            NIRAV DESAI
5                                           Attorney for Plaintiff

6

7                                           /S/     Clemente M. Jiménez_____
                                            CLEMENTE M. JIMÉNEZ
8                                           Attorney for JOSE ANTONIO MURILLO-
                                            CAMACHO
9

10

11

12                                  **ORDER**

13  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
14  for January 8, at 9:15 a.m., be vacated and the matter continued to January 15, 2013, at
15  9:15 a.m. for further status conference.  The Court finds that time under the Speedy Trial
16  Act shall be excluded through that date in order to afford counsel reasonable time to
17  prepare.  Based on the parties' representations, the Court finds that the ends of justice
18  served by granting a continuance outweigh the best interests of the public and the
19  defendants to a speedy trial.

20

21  DATED: January 8, 2013

22                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
23                                          UNITED STATES DISTRICT COURT

24

25

26

27

28

12cr0415.o.0108.1.doc                    - 2 -
01/09/13