BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE ANTONIO MURILLO-CAMACHO,<br>   aka Jose Murillo-Camacho,<br>   aka Antonio Camacho,<br>   aka Antonio Murillo,<br>   aka Antonio Murillo Camacho,<br>   aka Antonio Jose Murillo,<br><br>        Defendant. | CASE NO.  2:12-CR-00415 LKK<br><br> ORDER EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ANTONIO JOSE MURILLO,<br><br>        Defendant. | RELATED CASE NO. 2:05-CR-00165 LKK |

The parties appeared before the undersigned for a status conference on January 29, 2013, and requested that the matter be continued to March 5, 2013, for a status conference.  This case has been ordered related to the case of United States v. Murillo, 2:05-cr-00165 LKK (E.D. Cal.), in which a petition for violation of supervised release has been filed.  However, defendant has not yet made an

1  initial appearance in <u>Murillo</u>, and the parties would prefer to resolve both related cases in a single
2  proceeding.

3      The parties represent that they require time to proceed in the <u>Murillo</u> case with a view toward
4  resolution of the related cases at the same time. On the basis of counsel's representations and good
5  cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case
6  would deny defendant reasonable time necessary for effective preparation, taking into account the
7  exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance
8  outweigh the best interests of the public and the defendant in a speedy trial.

9      Accordingly, IT IS HEREBY ORDERED that time from the January 29, 2013 status conference
10 to and including the March 5, 2013 status conference shall be excluded from computation of time within
11 which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
12 § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense counsel time to prepare.

13     IT IS SO ORDERED.

14 DATED: February 4, 2013

16 Respectfully submitted,

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

18 BENJAMIN B. WAGNER
United States Attorney

20 /s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney